UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOLGUIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DERRAL D. ADAMS, Warden,<br><br>　　　　　　Respondent. | No. CV 11-8476-JHN (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 4, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE